DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILTON STATION CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**DEPARTMENT OF BUSINESS & PROFESSIONAL REGULATION,
DIVISION OF FLORIDA CONDOMINIUMS, TIMESHARES,
AND MOBILE HOMES,**
Appellee.

No. 4D18-2919

[October 3, 2019]

Administrative appeal from the Department of Business and Professional Regulation, Division of Florida Condominiums, Timeshares, and Mobile Homes; L.T. Case No. 2017-020348.

Darrin B. Gursky of Gursky Ragan, P.A., Miami, for appellant.

Ross Marshman, Chief Appellate Counsel, Department of Business and Professional Regulation, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***